Rock Island Butter Company, Respondent, v. James Rowland, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arthur H. Jones, Respondent, v. National Surety Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Banque Continentale de Paris, Respondent, v. David Liebmann, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Ott, Jr., Respondent, v. Ferdinand Wesel, as Executor, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Estate of Frank F. Hodges, Deceased. Comptroller of the State of New York, Appellant; Emma F. Hodges, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Fowler, S. (reported in 86 Misc. Rep. 367). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Clarke, J., dissented.

Irene Percippe, Respondent, v. Elias Stewart Manee and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Scott, J., dissented.

The People of the State of New York, Respondent, v. Carmine Licenziato, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby v. Lancelot M. Berkeley and Others.— Motion denied, Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Frederick A. Jones v. Standard Plunger Elevator Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Lancelot M. Berkeley, an Attorney.— Referred to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Axel Josephson, an Attorney.— Proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.